UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO.  CV-06-212-RHW |
| v. | **ORDER GRANTING MOTION FOR ORDER OF DISMISSAL** |
| HARDER HEREFORD RANCHES, INC., a Washington corporation, | |
| Defendant. | |

Before the Court is the parties' Agreed Motion for Order of Dismissal (Ct. Rec. 26).  The motion was heard without oral argument.

The parties indicate that they have settled the above-captioned action and ask that the case be dismissed with prejudice and without costs or fees.

Accordingly, **IT IS HEREBY ORDERED**:

1.   The parties' Agreed Motion for Order of Dismissal (Ct. Rec. 26) is **GRANTED**.

2.   The above-captioned case is **dismissed** with prejudice and without costs or fees.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 9th day of June, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2006\Harder Hereford Ranches\dismiss.wpd

**ORDER GRANTING MOTION FOR ORDER OF DISMISSAL ~ 1**